

1   JOHN S. LEONARDO
    United States Attorney
2   District of Arizona
    KATHRYN C. FURTADO
3   Assistant U.S. Attorney
    Arizona State Bar # 025994
4   United States Courthouse
    405 W. Congress Street, Suite 4800
5   Tucson, Arizona 85701
    Telephone: 520-620-7300
6   Email: kathryn.furtado@usdoj.gov
    Attorneys for Plaintiff
7

8                IN THE UNITED STATES DISTRICT COURT

9                    FOR THE DISTRICT OF ARIZONA

10  United States of America,          CR16-02114-TUC-RCC-LCK

11              Plaintiff,              **INFORMATION**

12      vs.                             Violations:

13                                      18 USC §§ 2252A(a)(5)(B) and
    GREGORY ANDREW GONZALES,            (b)(2)
14
                Defendant.              **Knowing Access of Child Pornography**
15

16

17  THE UNITED STATES ATTORNEY ALLEGES:
18
        From on or about January 1, 2001 to on or about October 4, 2013, in Tucson, in the
19
20  District of Arizona, GREGORY ANDREW GONZALES did knowingly access with intent
21
    to view child pornography, that is, visual depictions, the production of which involved the
22
23  use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as

24  defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct,
25
    that had been mailed, shipped and transported in interstate and foreign commerce by any
26
    means, including computer, and which was produced using materials which had been
27
28  mailed and shipped and transported in interstate and foreign commerce; that is, GREGORY

ANDREW GONZALES used a computer, specifically a Dell All-In-One Desktop with Serial #5YJ26A00S120, and the internet to knowingly access images of child pornography, including, but not limited to, the following files:

**IMAGES**
   a. Hash Value B5FDDCB7DB24C2FA39AB2340B777F6E2, File Name [Offset=1801891840]
   b. Hash Value 158F0A1FF386854586758D64B53EB730, File Name [Offset=127102877696] Unallocated Clusters"
   c. Hash Value 3F30D5F3B065290F896CD6BF0C7985AD, File Name [Offset=8951820288] Unallocated Clusters
   d. Hash Value 3702376AAF4F3F06F20F3218C9F28AA3, File Name Offset=2821902336, Unallocated clusters
   e. Hash Value E226D13D40C81BBC524AC3060EDC303A, File Name [PhysicalLocation=102948438016] $RJFTMUN.avi
   f. Hash Value C432E48A14D68ABEDCA84292CCFEA6E0, File Name thumbcache_256.db (59e29efdc84f21d0.jpg)
   g. Hash Value 9543A1C43099E8B68902B17DB8BD67A3, File Name thumbcache_256.db (c3f863197d5654f2.jpg)
   h. Hash Value C5508D5F49AEB5A9F5F3DFA4774626C3, File Name C5508D5F49AEB5A9F5F3DFA4774626C3
   i. Hash Value 62B57560AD535F5BCF79E64FCA97D246, File Name thumbcache_256.db (3cdcb07221e98bd3.jpg)

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

JOHN S. LEONARDO
United States Attorney
District of Arizona

11-16-2016
Date

KATHRYN C. FURTADO
Assistant U.S. Attorney

*United States of America v. GREGORY ANDREW GONZALES*
*Information Page 2 of 3*