**MAGISTRATE JUDGE'S MINUTES**
**UNITED STATES DISTRICT COURT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Lynnette C. Kimmins | **Date:** November 16, 2016 |
| **USA v. Gregory Gonzalez** | **Case Number:** CR16-02114-TUC-RCC-LCK/ 16-wi-01873-RCC-LCK |

**U.S. Attorney:** Kathryn Furtado & Adam Rossi
**Attorney for Defendant:** Eric W. Rau, Federal Public Defender
**Interpreter:** N/A          **Language:** English
**Defendant:** ☒ Present   ☐ Not Present   ☒ Released   ☐ Custody   ☐ Summons   ☐ Writ

**PROCEEDINGS:** ☒ INITIAL APPEARANCE     ☒ CHANGE OF PLEA

☒ Waiver of Indictment filed

☒ Financial Affidavit taken

☒ Information filed, CODE: **Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2); Knowing Access of Child Pornography**

☒ Defendant states true name to be: **GREGORY ANDREW GONZALES**

☒ advised:  ☒ Right to trial by jury    ☒ Right to indictment by Grand Jury

☒ Defendant enters: ☒ GUILTY PLEA to **the Information**

☒ Plea agreement :   ☒ FILED   ☐ NOT FILED   ☐ SEALED

☒ Guidelines case  ☐ Non-guidelines case

☒ Continued for sentence **to January 25, 2017 at 9:00 a.m. before Judge Collins.**

☒ **ORDER** PSR to be prepared.

☒ ORDER vacate trial date/motion hearing/motions moot

☒ Provided with copy of Information     ☒ Waives reading

☒ Defendant shall remain temporarily released pending Defendant's detention hearing.

☒ Other: **Per information received from the United States Attorney's Office, Kathryn Furtado & Adam Rossi are co-counsel in this matter for the Government. W. Eric Rau (AFPD) is appointed as counsel for Defendant. The Court sets a Detention Hearing for 11/16/16 at 1:30 p.m. before Magistrate Judge Kimmins.**


|  |  |
|---|---|
|  | IA/COP     30 min |
| **Recorded by Courtsmart** | **Start:** 9:31 AM |
| **BY:** Cindy Stewart, **Deputy Clerk** | **Stop:** 10:01 AM |